# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge David L. West

**Criminal Case No.  06-MJ-00104-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. FIDEL VELASQUEZ,**

**Defendant.**

## ORDER: TERMINATING PROBATION UNSUCCESSFULLY

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Government advised the Court that it has reached an agreement with the Defendant and his counsel that since the Defendant has been sentenced to custody in state court on violation of his state probation the Government would move to dismiss the petition on probation in this case and unsuccessfully terminate the Defendant's probation at this time, therefore:

**IT IS HEREBY ORDERED** that the Defendant's probation in this case be **terminated unsuccessfully** and the Defendant ordered released from Federal custody.

The Defendant was advised that the termination of his probation in this case does not necessarily terminate the restraining order against him at the Southern Ute Tribal Court.

**DATED: February 20, 2007**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United State Magistrate Judge**